IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOHNITA FREEMAN,

    Plaintiff,                                Case No. 3:20-cv-165

vs.

COMMISSIONER OF SOCIAL SECURITY,      District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (DOC. NO. 21); AND (2) AWARDING PLAINTIFF $3,400.00 IN EAJA FEES**

---

This Social Security disability benefits appeal is before the Court on the parties' joint motion in which they agree that Plaintiff should be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $3,400.00. Doc. No. 21. Based upon the parties' motion, in which they present no dispute that all requirements are met for the reasonable award of EAJA fees, the Court: (1) **GRANTS** the parties' joint motion (doc. no. 21); and (2) **AWARDS** Plaintiff EAJA fees in the amount of $3,400.00. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

Date:  03/16/2021                                      s/ Michael J. Newman
                                                           Hon. Michael J. Newman
                                                           United States District Judge